PAULINE SHERLING, Respondent, *v.* GALLATIN IMPROVE-MENT CO., INC., et al., Defendants, and JACOB BAKRAT et al., Appellants.

LOUIS SHERLING et al., Respondents, *v.* GALLATIN IMPROVEMENT CO., INC., et al., Defendants, and JACOB BAKRAT et al., Appellants.

(Submitted October 2, 1933; decided October 10, 1933.)

*Abraham Miller* for motions.

No one opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motion.